

45 Broadway, Suite 430B
New York, New York 10006
P: 212-248-0120 / F: 212-901-2107

December 15, 2021

**VIA ECF**
James B. Clark, U.S.M.J
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:  Shantaya Suggs v. Quest Diagnostics Incorporated, et al.**
**Case No.: 2:21-cv-14540-SDW-JBC**

Dear Judge Clark,

  We represent the Plaintiff in this matter. We write to inform the Court that the parties have reached a settlement in principle.

  Therefore, the parties respectfully request that the Court note their settlement on the docket, and grant an additional 45 days from today's date for the parties to finalize the settlement process and file a voluntary stipulation of dismissal.

  We thank Your Honor for your consideration in this matter.


Respectfully Submitted,

 /s/Silvia C. Stanciu, Esq.
**ARCÉ LAW GROUP, P.C.**
45 Broadway, Suite 430B
New York, New York 10006
(212) 248-0120

Cc: Bryan S. Arce, Esq.