UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X   Case No.: 2:21-cv-14540-SDW-JBC
SHANTAYA SUGGS,

                              Plaintiff,

           -against-                              NOTICE OF
                                                        VOLUNTARY DISMISSAL
QUEST DIAGNOSTICS INCORPORATED,            PURSUANT TO
INTEGRATED RESOURCES INC., and MEDICAL  FED. R. CIV. P. 41(a)(1)(A)(i)
STAFFING

                             Defendants.
-------------------------------------------------------------X

      Plaintiff Shantaya Suggs ("Plaintiff"), by and through her undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant QUEST DIAGNOSTICS INCORPORATED, Defendant INTEGRATED RESOURCES INC., and Defendant MEDICAL STAFFING SERVICES, INC., with prejudice.  Each party shall bear their own costs.

Dated: February 11, 2022
       New York, NY

By: _____
Silvia C. Stanciu, Esq., *Of Counsel*
Bryan S. Arce, Esq.
*Attorneys for Plaintiff*
**Arcé Law Group, P.C.**
45 Broadway, Suite 430B
New York, New York 10006

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: February 14, 2022